**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ERICA AYALA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**VOLKSWAGEN OF UNION LLC and JONATHAN KORKOWSKI,**<br><br>    **Defendants.** | Civ. No. 22-04294 (KM) (JBC)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on Plaintiff's motion for default judgment (DE 11); and the Court having considered Plaintiff's submission without oral argument pursuant to Fed. R. Civ. P. 78(b); for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

**IT IS** this 19th day of October, 2023,

**ORDERED** that Plaintiff's motion for default judgment (DE 11) is **DENIED**; and it is further

**ORDERED** that the denial is without prejudice to the submission of a proposed amended complaint within 30 days, without the necessity of a formal motion to amend. If no proposed amended complaint is filed, this case will be closed.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**